CHARLES R. FOTHERINGHAM, Appellant, v RIVERSOURCE LIFE INSURANCE CO. OF NEW YORK, Formerly Known as IDS LIFE INSURANCE OF NEW YORK, et al., Respondents.

Decided June 1, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

KARINE GEVORKYAN et al., Appellants, v IRA JUDELSON, Respondent.

Submitted May 30, 2017; decided June 1, 2017

See 841 F3d 584.

Motion by The Legal Aid Society to join the amici curiae brief filed by Brooklyn Defender Services et al. granted.

In the Matter of MICHAEL A. GURNETT, Appellant, v JAMES F. BARGNESI, Acting Niagara County Court Judge, in his Capacity as Licensing Officer for Pistol Permits in Niagara County and Individually, Respondent.

Decided June 1, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.